| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Attorney for the United States |
| 2 | Acting Under Authority Conferred by 28 U.S.C. § 515 |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | |
| 5 | ROBERT S. LEACH (CABN 196191)<br>ADAM A. REEVES (NYBN 2363877)<br>Assistant United States Attorneys |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 8 | Telephone: (415) 436-7014<br>Fax: (415) 436-7234 |
| 9 | Email:  Robert.Leach@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-590 CRB |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| CHRISTOPHER BRADLEY EGAN aka STOUFFER EGAN, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the Attorney for the United States dismisses the Information against Christopher Bradley Egan aka Stouffer Egan.

DATED: June 17, 2024                                                            Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States

/s/
_____
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 17-590 CRB

1      Leave is granted to the government to dismiss the Information against Christopher Bradley Egan aka Stouffer Egan.

IT IS SO ORDERED.

Date: _____

                                    HON. CHARLES R. BREYER
                                    United States District Judge